# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY HARP, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED CONSULTANTS, INC., <br><br> Defendants. | Case No. 1:18-cv-02849-TWP-DML <br><br> Honorable Judge Tanya W. Pratt |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff STACY HARP and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 17, 2019                                              Respectfully Submitted,

**STACY HARP**                                                      **DIVERSIFIED CONSULTANTS, INC.**

*/s/ Marwan R. Daher*                                               */s/ Morgan I. Marcus (with consent)*
Marwan R. Daher                                                     Morgan I. Marcus
*Counsel for Plaintiff*                                             *Counsel for Defendant*
Sulaiman Law Group, LTD                                             Sessions, Fishman, Nathan & Israel
2500 S. Highland Ave., Ste. 200                                     141 W Jackson Boulevard, Suite 3550
Lombard, Illinois 60148                                             Chicago, Illinois 60604
Phone: (630) 575-8181                                               Phone: (312) 578-0985
mdaher@sulaimanlaw.com                                              mmarcus@sessions.legal